**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL CASE NO. 3:16-cv-00260-MR**
**[CRIMINAL CASE NO. 3:09-cr-00018-MR-1]**

| | |
|---|---|
| **GEGE LAMONT MOORE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | <u>**O R D E R**</u> |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Order granting Petitioner's Motion to Vacate [Doc. 1] and ordering him to be resentenced.

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have Petitioner present in Charlotte, North Carolina, for resentencing within 30 days of the date of this order;

(2) The Clerk of Court shall calendar this matter for resentencing as soon as possible after August 7, 2016;

(3) The Federal Defender shall provide counsel to Petitioner for resentencing; and

(4) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: July 8, 2016

Martin Reidinger
United States District Judge